# OMNIBUS RESOLUTIONS AND WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF:

# FJC MANAGEMENT INC.

## AUTHORIZING FILING OF CHAPTER 11 PETITION AND OTHER RESOLUTIONS

THE UNDERSIGNED, being the sole members of the Board of Directors (the "Board") of FJC MANAGEMENT INC., a California Corporation (the "Company"), pursuant to applicable provisions of the California General Corporation Code, and the Company's articles of incorporation and bylaws, hereby adopts the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

**WHEREAS,** the Board has considered the financial condition and circumstances of the Company, including without limitation the assets and liabilities of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's operational performance;

**WHEREAS,** the Board has reviewed, considered and received the recommendations of the Company's management and the Company's professional advisors as to the relative risks and benefits of a bankruptcy proceeding; and

**WHEREAS,** in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other stakeholders, that the Company be authorized and empowered to file, at such time, if any, as is deemed appropriate by an authorized officer of each Company, a voluntary petition for relief (a "Petition") under chapter 11 (including subchapter V thereof) of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for Northern the District of California, Oakland Division (the "Bankruptcy Court"), for the purpose of initiating a bankruptcy case (a "Bankruptcy Case") for the Company and restructuring their financial affairs and for all other lawful purposes under the Bankruptcy Code.

**NOW THEREFORE, BE IT RESOLVED,** that, in the judgment of the Board, it is desirable and in the best interest of the Company, its creditors, stockholders, other stakeholders, and parties in interest that the Petition be filed on behalf of the Company;

**RESOLVED**, that in the judgment of the Directors of the Company it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company in the Bankruptcy Court seeking relief under the provisions of Subchapter V of Title 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such Petition is authorized hereby; and it is further

**RESOLVED**, that the Directors, Pravesh Chopra and Ishwinder Judge (the "Authorized Persons") are each authorized and empowered, on behalf of and in the name of the Company, to

execute and verify such petition under Subchapter V of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person executing the petitions on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Authorized Persons of the Company be, and each of them hereby is, authorized, on behalf of and in the name of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in the aforesaid Bankruptcy Case; and it is further

**RESOLVED**, that the law firm of Akerman LLP be, and hereby is, employed under a general retainer as attorneys for the Company in the Bankruptcy Case as bankruptcy counsel and for all other relevant purposes; and it is further

**RESOLVED**, that the Authorized Persons of the Company be, and each of them hereby is, authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors and other professionals to assist the Company in connection with the Case on such terms as are deemed necessary, proper or desirable; and it is further

**RESOLVED**, that the Authorized Persons of the Company be, and each of them hereby is, respectively authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record and/or perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in their judgment, necessary, proper or desirable to prosecute the Bankruptcy Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Persons of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 25th day of January, 2023.

Name: Pravesh Chopra

Name: Ishwinder Judge