Evelina Gentry (State Bar No. 296796)
AKERMAN, LLP
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: Evelina.gentry@akerman.com

Proposed Attorneys for FJC Management Inc.
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA/OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. _____ |
| FJC MANAGEMENT INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | Subchapter V |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FJC Management Inc.** in the above-captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1.

■ None [*Check if applicable*]

Dated: January 25, 2023

Respectfully submitted,

| | |
|---|---|
| FJC MANAGEMENT INC. | AKERMAN LLP |
| By: _____ | By: _____ |
| Pravesh Chopra | Evelina Gentry |
| President | *Proposed Counsel for the Debtor* |

1

CASE NO.

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**