# Balance Sheet
### As of 12/25/2022

**FJC Management Inc**

|  | YTD |
|---|---:|
| **ASSETS** | |
|   **Current Asset** | |
|     Main Account | 97,418 |
|     3rd Party Receivables | 108,887 |
|     Inventory - Food | 57,256 |
|     Inventory - Alcohol | 56,371 |
|   **Total Current Asset** | **319,933** |
|   **Fixed Asset** | |
|     Fixtures and Equipme | 188,686 |
|     Leasehold Improvemen | 2,829,971 |
|     Building | 24,366 |
|     Accumulated Deprecia | -248,924 |
|     Goodwill | 3,765,000 |
|     Franchise Fees | 127,900 |
|     Accumulated Amortiza | -732,056 |
|   **Total Fixed Asset** | **5,954,943** |
|   **Other Asset** | |
|     Prepaid Insurance | 2,269 |
|     Prepaid Expenses | 178 |
|     Liquor License | 62,856 |
|     Deposits | 97,036 |
|   **Total Other Asset** | **162,339** |
| **Total ASSETS** | **6,437,214** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liability** | |
|       Accounts Payable | 2,169,296 |
|       Payroll Tax Payable | 63,260 |
|       Sales Tax Payable | 204,896 |
|       Accrued Payroll | 180,066 |
|     **Total Current Liability** | **2,617,518** |
|     **Long Term Liability** | |
|       SBA SECURED LOAN | 499,900 |
|     **Total Long Term Liability** | **499,900** |
|   **Total Liabilities** | **3,117,418** |
|   **Equity** | |
|     **Equity** | |
|       Additional Paid in C | 816,215 |
|       Retained Earnings | 930,621 |
|       Capital Stock | 2,500,000 |
|       YTD Income | -855,041 |
|     **Total Equity** | **3,319,795** |
|   **Total Equity** | **3,319,795** |
| **Total LIABILITIES & EQUITY** | **6,437,214** |