UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| In re: | Case No. |
|---|---|
| FJC MANAGEMENT INC., | Chapter 11, Subchapter V |
| Debtor. | |

## VERIFICATION OF CREDITOR MATRIX

I declare that the attached Creditor Mailing Matrix, consisting of **2** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in Debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Dated: January 25, 2023

    FJC MANAGEMENT INC.


By: */s/Pravesh Chopra*
    Pravesh Chopra
    President

Aman Law Firm
282 Crystal Grove Blvd.
Lutz, FL 33548
Attn: Jeffrey A. Aman, Esq.

Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067k
Attn: Nicole Wentworth, Esq.
    Chris Petersen, Esq.

Buffalo Wild Wings Franchise
Attn: Megan Voth, Director Franchise Relations
3 Glenlake Pkwy. NE
Atlanta, GA 30328

Cantor Fund Management, LLC
Attn: Glenn Becker
147 Second Avenue South, Suite 200
Saint Peterburg, FL 33701

GAMC Limited Company
4980 Hillsdale Circle, Ste A
El Dorado Hills, CA, 95762

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NT Dunhill
The Market Place at San Ramon
P.O. Box 840129
Los Angeles, CA, 90084

PG&E
Box 997300
Sacramento, CA 95899-7300

Stanforth Holding Company
4080 Grafton Street, Suite 200
Dublin, CA, 94568

Star-West Solano LLC
Lockbox# 005836
P.O. Box 645836
Cincinnati, OH, 45264-5836

Tower NT, LLC
P.O. Box 846606
Los Angeles, CA, 94551

United States Small Business Administration
Attn: District Counsel
455 Market Street, Ste. 600
San Francisco, CA 94105