# Notice Recipients

District/Off: 0971–4                   User: admin                   Date Created: 1/26/2023
Case: 23–40085                         Form ID: 309F2                 Total: 33

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Not Assigned – OK

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | FJC Management Inc.          2150 Portola Avenue          Livermore, CA 94451 | |
| ust | Office of the U.S. Trustee/Oak          Office of the United States Trustee          Phillip J. Burton Federal Building          450 Golden Gate Ave. 5th Fl., #05–0153          San Francisco, CA 94102 | |
| aty | Evelina Gentry          Akerman LLP          601 West 5th St., #300          Los Angeles, CA 90071 | |
| smg | Labor Commissioner          1515 Clay St.          Room 801          Oakland, CA 94612 | |
| smg | State Board of Equalization          Collection Dept.          P.O. Box 942879          Sacramento, CA 94279 | |
| smg | IRS          P.O. Box 7346          Philadelphia, PA 19101–7346 | |
| smg | CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board          Special Procedures Bankruptcy Unit          P.O. Box 2952          Sacramento, CA 95812–2952 | |
| 15469326 | Aman Law Firm          282 Crystal Grove Blvd.          Lutz, FL 33548          Attn: Jeffrey A. Aman, Esq. | |
| 15469385 | Aman Law Firm          282 Crystal Grove Blvd.          Lutz, FL 33548          Attn: Jeffrey A. Aman, Esq. | |
| 15469327 | Blank Rome LLP          2029 Century Park East, 6th Floor          Los Angeles, CA 90067k          Attn: Nicole Wentworth, Esq.          Chris Petersen, Esq. | |
| 15469386 | Blank Rome LLP          2029 Century Park East, 6th Floor          Los Angeles, CA 90067k          Attn: Nicole Wentworth, Esq.          Chris Petersen, Esq. | |
| 15469379 | Buffalo Wild Wings Franchise          Attn: Megan Voth, Director          Franchise Relations          3 Glenlake Pkwy. NE          Atlanta, GA 30328 | |
| 15469328 | Buffalo Wild Wings Franchise          Attn: Megan Voth, Director Franchise Rel          3 Glenlake Pkwy. NE          Atlanta, GA 30328 | |
| 15469329 | Cantor Fund Management, LLC          Attn: Glenn Becker          147 Second Avenue South, Suite 200          Saint Peterburg, FL 33701 | |
| 15469387 | Cantor Fund Management, LLC          Attn: Glenn Becker          147 Second Avenue South, Suite 200          Saint Peterburg, FL 33701 | |
| 15469330 | GAMC Limited Company          4980 Hillsdale Circle, Ste A          El Dorado Hills, CA, 95762 | |
| 15469380 | GAMC Limited Company          4980 Hillsdale Circle, Ste A          El Dorado Hills, CA, 95762 | |
| 15469331 | Internal Revenue Service          P.O. Box 7346          Philadelphia, PA 19101–7346 | |
| 15469388 | Internal Revenue Service          P.O. Box 7346          Philadelphia, PA 19101–7346 | |
| 15469332 | NT Dunhill          The Market Place at San Ramon          P.O. Box 840129          Los Angeles, CA, 90084 | |
| 15469381 | NT Dunhill          The Market Place at San Ramon          P.O. Box 840129          Los Angeles, CA, 90084 | |
| 15469333 | PG&E          Box 997300          Sacramento, CA 95899–7300 | |
| 15469389 | PG&E          Box 997300          Sacramento, CA 95899–7300 | |
| 15469334 | Stanforth Holding Company          4080 Grafton Street, Suite 200          Dublin, CA, 94568 | |
| 15469382 | Stanforth Holding Company          4080 Grafton Street, Suite 200          Dublin, CA, 94568 | |
| 15469335 | Star–West Solano LLC          Lockbox# 005836          P.O. Box 645836          Cincinnati, OH, 45264–5836 | |
| 15469383 | Star–West Solano LLC          Lockbox# 005836          P.O. Box 645836          Cincinnati, OH, 45264–5836 | |
| 15469336 | Tower NT, LLC          P.O. Box 846606          Los Angeles, CA, 94551 | |
| 15469384 | Tower NT, LLC          P.O. Box 846606          Los Angeles, CA, 94551 | |
| 15469337 | United States Small Business Administration          Attn: District Counsel          455 Market Street, Ste. 600          San Francisco, CA 94105 | |
| 15469390 | United States Small Business Administration          Attn: District Counsel          455 Market Street, Ste. 600          San Francisco, CA 94105 | |

TOTAL: 32