## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 8, 2023**     X _____
                                   Signature of individual signing on behalf of debtor

                                     **Pravesh Chopra**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

# United States Bankruptcy Court

In re    **FJC MANAGEMENT INC.**      Case No.    **23-40085 (WJL)**

                    Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ishwinder Judge**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | **Common Equity** | | **50%** |
| **Pravesh Chopra**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | **Common Equity** | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 8, 2023**          Signature    **/s/ Pravesh Chopra**

                                                        **Pravesh Chopra**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................. $    **2,823,599.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.......................................................................................... $    **4,622,746.34**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................ $    **7,446,345.34**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $    **316,422.10**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **2,739,090.83**

4. Total liabilities ...............................................................................................................................
     Lines 2 + 3a + 3b      $    **3,055,512.93**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 3 of 44

Fill in this information to identify the case:

Debtor name    **FJC MANAGEMENT INC.**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known)    **23-40085 (WJL)**

☐ Check if this is an
    amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.     **Cash on hand** | | | **$2,500.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank - Fairfield** | **Checking** | **8601** | **$2.19** |
| 3.2. | **Truist Bank - Livermore** | **Checking** | **8636** | **$26.03** |
| 3.3. | **Truist Bank** | **Operating** | **8563** | **$91,447.45** |
| 3.4. | **Truist Bank - Dublin** | **Checking** | **8598** | **$51.94** |
| 3.5. | **Truist Bank** | **Payroll** | **8571** | **$7,470.60** |
| 3.6. | **Truist Bank - Vacation** | **Checking** | **8628** | **$294.13** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                    **$101,792.34**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **Rent security deposit - Dublin Lease**           **$25,650.00**

      7.2.  **Rent security Deposit - Livermore Lease**        **$20,000.00**

      7.3.  **Rent security Deposit - Vacaville Lease**        **$20,913.33**

      7.4.  **Rent security Deposit - Fairfield Lease**        **$30,562.67**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.  **Workman's Compensation - prepaid insurance**      **$2,269.00**

9.      **Total of Part 2.**                    **$99,395.00**

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

      11a. 90 days old or less:      **114,602.00**  -      **0.00**  = ....    **$114,602.00**
                                face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                    **$114,602.00**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

Case: 23-40085   Doc# 45   Filed: 02/08/23   Entered: 02/08/23 18:41:08   Page 5 of 44

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** Food | | Unknown | | $57,536.00 |
| | Alcohol | | Unknown | | $56,371.00 |

**23.    Total of Part 5.**    **$113,907.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |

| | | | |
|---|---|---|---|
| | Outside Tent and Furniture, Dining Tables and Chairs - See Exhibit 1 attached hereto | Unknown | $31,403.00 |

40. **Office fixtures**

| | | | |
|---|---|---|---|
| 41. | Office equipment, including all computer equipment and communication systems equipment and software Projectors and Televisions - See Exhibit 1 attached hereto | Unknown | $64,411.00 |
| | Computers and Related Equipment, Printer, POS system and Kitchen Printers (Estimate Value is $5,000 per location) | Unknown | $20,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                            | $115,814.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Restaurant Equipment - See Exhibit 1 attached hereto | Unknown | | $103,289.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                           | $103,289.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 7 of 44

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Improvements for locations  - See Exhibit 1 attached hereto** | | Unknown | | $2,823,599.00 |

56.    **Total of Part 9.**                                                                                          | $2,823,599.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Liquor Licenses - See Exhibit 1 attached hereto** | Unknown | | $56,681.00 |

| | | | |
|---|---|---|---|
| **Franchise Fees - See Exhibit 1 attached hereto** | **Unknown** | | **$127,900.00** |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**
    **Goodwill - See Exhibit 1 attached hereto**          **Unknown**                    **$3,765,000.00**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | |
    |---|
    | **$3,949,581.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

| **Escrow Fees** | **$24,366.00** |
|---|---|

78.    **Total of Part 11.**                                                                        | $24,366.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 7.  Office Furniture

| Item | Method | Amount |
|---|---|---|
| DINING TABLES & CHAIRS | MA200 / 5 | $4,259.00 |
| Outside Tent & Furniture - Dublin | MA200 / 5 | $4,154.00 |
| Outside Tent & Furniture - Fairfield | MA200 / 5 | $4,154.00 |
| Outside Tent & Furniture - San Ramon | MA200 / 5 | $4,154.00 |
| Outside Tent & Furniture - Vacaville | MA200 / 5 | $4,156.00 |
| Outside Tent & Furniture -Livermore | MA200 / 5 | $4,154.00 |
| VINTAGE BRICK-WHITE | MA200 / 5 | $6,372.00 |
| | | **$31,403.00** |
| PROJECTORS | MA200 / 5 | $9,185.00 |
| PROJECTORS | MA200 / 5 | $13,778.00 |
| PROJECTORS & TVS | MA200 / 5 | $9,185.00 |
| PROJECTORS & TVS | MA200 / 5 | $14,616.00 |
| PROJECTORS & TVS | MA200 / 5 | $10,922.00 |
| TELEVISIONS | MA200 / 5 | $3,819.00 |
| TELEVISIONS | MA200 / 5 | $2,906.00 |
| | | **$64,411.00** |

### Part 8. Equipment

| Item | Method | Amount |
|---|---|---|
| 2 EQUIPMENT - SAN RAMON | MA200 / 5 | $27,063.00 |
| EQUIPMENT - DUBLIN | MA200 / 5 | $10,925.00 |
| EQUIPMENT - FAIRFIELD | MA200 / 5 | $10,838.00 |
| EQUIPMENT - LIVERMORE | MA200 / 5 | $43,700.00 |
| EQUIPMENT - VACAVILLE | MA200 / 5 | $10,763.00 |
| | | **$103,289.00** |

### Part 9. Real Property

| Item | Method | Amount |
|---|---|---|
| IMPROVEMENTS - DUBLIN | MACRS / 39 | $490,000.00 |
| IMPROVEMENTS - FAIRFIELD | MACRS / 39 | $135,000.00 |
| IMPROVEMENTS - LIVER | MACRS / 39 | $772,000.00 |
| IMPROVEMENTS - SAN RAMON | MACRS / 39 | $610,000.00 |
| IMPROVEMENTS - VACAVILLE | MACRS / 39 | $230,000.00 |
| IMPROVEMENTS-DUBLIN | MACRS / 39 | $461,869.00 |
| IMPROVEMENTS-FAIRFIELD | MACRS / 39 | $124,730.00 |
| | | **2,823,599.00** |

### Part 10. Intangibles

| Item | Method | Amount |
|---|---|---|
| LIQUOR LICENSE | AMORT / 15 | $11,382.00 |
| LIQUOR LICENSE - DUBLIN | AMORT / 15 | $1,200.00 |
| LIQUOR LICENSE - FAIRFIELD | AMORT / 15 | $1,200.00 |
| LIQUOR LICENSE - LIVERMORE | AMORT / 15 | $ 20,200.00 |
| LIQUOR LICENSE - SAN RAMON | AMORT / 15 | $1,200.00 |
| LIQUOR LICENSE - VACAVILLE | AMORT / 15 | $21,499.00 |
| | | **$56,681.00** |
| FRANCHISE FEE - DUBLIN | AMORT / 15 | $20,000.00 |
| FRANCHISE FEE - FAIRFIELD | AMORT / 15 | $20,000.00 |
| FRANCHISE FEE - LIVERMORE | AMORT / 15 | $30,000.00 |
| FRANCHISE FEE - SAN RAMON | AMORT / 15 | $20,000.00 |
| FRANCHISE FEE - VACAVILLE | AMORT / 15 | $20,000.00 |
| FRANCHISE FEES | AMORT / 15 | $17,900.00 |
| | | **$127,900.00** |
| GOODWILL - DUBLIN | AMORT / 15 | $50,000.00 |
| GOODWILL - FAIRFIELD | AMORT / 15 | $50,000.00 |
| GOODWILL - SAN RAMON | AMORT / 15 | $57,000.00 |
| GOODWILL - VACAVILLE | AMORT / 15 | $1,220,000.00 |
| GOOWILL - LIVERMORE | AMORT / 15 | $2,388,000.00 |
| | | **$3,765,000.00** |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $101,792.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $99,395.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $114,602.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $113,907.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $115,814.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $103,289.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $2,823,599.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,949,581.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,366.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,622,746.34 | + 91b.  $2,823,599.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,446,345.34 |

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 12 of 44

**Fill in this information to identify the case:**

Debtor name    **FJC MANAGEMENT INC.**

United States Bankruptcy Court for the: _____

Case number (if known)    **23-40085 (WJL)**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name **FJC MANAGEMENT INC.**

United States Bankruptcy Court for the:

Case number (if known) **23-40085 (WJL)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California State Board of Equilization**<br>**3321 Power Inn Road, Suite 210**<br>**Sacramento, CA 95826** | $187,940.00 | $100,912.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax Obligations**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | $128,482.10 | $63,188.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax Obligations**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

56607
Case: 23-40085   Doc# 45   Filed: 02/08/23   Entered: 02/08/23 18:41:08   Page 14 of 44

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Advanced Hospitality Technologies**
5424 Sunol Blvd
Ste 10-105
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,223.00 |
|---|---|---|---|

**Alpha Surety & Insurance Brokerage**
One Financial Centre
650 S Shackleford Rd Ste 32
Little Rock, AR 72211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.00 |
|---|---|---|---|

**Altamont Beer Works**
2402 Research Drive
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.89 |
|---|---|---|---|

**Ambient Temperature Control, Inc.**
2403 Research Drive
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,733.07 |
|---|---|---|---|

**AmTrust North America**
PO Box 6939
Cleveland, OH 44101-1939

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.25 |
|---|---|---|---|

**Bay Alarm Systems**
PO Box 7137
San Francisco, CA 94120-7137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**Beerboard - US Beverage Net, Inc.**
225 W. Jefferson Street
Syracuse, NY 13202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 15 of 44

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |

**Buffalo Wild Wings Franchise**
**Attn: Megan Voth, Director**
**3 Glenlake Parkway NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2021**

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $957.22 |

**California Choice Benefit**
**Administrators**
**721 South Parker**
**Suite 200**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Third party medical plan insurer administrator**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.14 |

**Caltronics Business Systems**
**10491 Old Placerville Rd. Ste 150**
**Sacramento, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,738.69 |

**CAPITAL ONE 1626 - PC**
**299 Park Avenue**
**New York, NY 10171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.99 |

**Cintas Cincinnati**
**PO Box 630921**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.98 |

**Cintas Ready for the Workday**
**PO Box 29059**
**Phoenix, AZ 85038-9059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,790.88 |

**City of Vacaville Utility Billing**
**P.O. Box 6180**
**Vacaville, CA 95696-6180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Water Service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40085   Doc# 45   Filed: 02/08/23   Entered: 02/08/23 18:41:08   Page 16 of 44

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,542.75 |
|---|---|---|---|

**Comcast**
**183 Inverness Drive West**
**Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.75 |
|---|---|---|---|

**Conex West**
**800 Avenue H**
**San Francisco, CA 94130**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Cozzini Bros., Inc.**
**350 Howard**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.99 |
|---|---|---|---|

**DASHLANE**
**44 West 18th Street**
**Floor 4**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DBI Beverage Napa/Ukiah**
**2449 S. Watney Way**
**Fairfield, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,060.94 |
|---|---|---|---|

**DirectTV**
**P.O. Box 5006**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,591.98 |
|---|---|---|---|

**DoorDash, Inc.**
**303 2nd Street**
**Ste. 800**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 17 of 44

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.78

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,608.44

**Elavon-Merchant Service**
**Two Concourse Parkway**
**Suite 800**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,747.22

**Envysion**
**P.O. Box 46138**
**Little Rock, AR 72210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00

**Ferreira's Landscape Maintenance**
**7716 Elaine Way**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,837.33

**FireMaster Master Protection, LP**
**P.O. Box 121019**
**Dept. 1019**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00

**Fourth Enterprises, LLC**
**P.O. Box 8031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.97

**FreedomPay Inc.**
**75 Remittance Drive**
**Ste. 1127**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**GMAC Limited Company**
4980 Hillsdale Circle
Ste. A
El Dorado Hills, CA 95762

$79,958.50

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid Rent - Livermore**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address

**Joe Hand Promotions, Inc.**
407 E. Pennsylvania Boulevard
Feasterville Trevose, PA 19053

As of the petition filing date, the claim is: Check all that apply.

$2,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address

**JoltUp**
2901 N. Ashton Boulevard
Ste. 300
Lehi, UT 84043

As of the petition filing date, the claim is: Check all that apply.

$3,199.68

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address

**LSA Security, Inc.**
300 Carlsbad Village Drive
Ste. 108A-107
Carlsbad, CA 92008

As of the petition filing date, the claim is: Check all that apply.

$0.04

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address

**Markstein Beverage Co. of Sacramento**
60 Main Avenue
Sacramento, CA 95851

As of the petition filing date, the claim is: Check all that apply.

$8,171.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address

**Markstein Sales Co.**
1645 Drive in Way
Antioch, CA 94509

As of the petition filing date, the claim is: Check all that apply.

$1,989.10

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address

**MAS SERVICE**
5083 Lone Tree Way
Antioch, CA 94509

As of the petition filing date, the claim is: Check all that apply.

$802.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,426.46 |

**McLane Foodservice, Inc.**
**2085 Midway Road**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.14 |

**Mobile Electronic Service LLC**
**9 St. Francis Drive**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.60 |

**NAF & Royalties**
**3044 Catlin Avenue**
**Quantico, VA 22134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,148.98 |

**NCR Corporation**
**P.O. Box 198755**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,636.46 |

**NuCo2 LLC**
**P.O. Box 417902**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.70 |

**Pepsi-Cola Company**
**P.O. Box 75948**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**Performance Plus Plumbing, Inc.**
**P.O. Box 2417**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 20 of 44

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,275.50 |
|---|---|---|---|

**PG&E**
**Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.73 |
|---|---|---|---|

**Pitney Bowes, Ltd**
**3001 Summer Street**
**Stamford, CT 06926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,332.62 |
|---|---|---|---|

**Recology of Vacaville**
**1 Town Square**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,105.83 |
|---|---|---|---|

**Restaurant 365**
**500 Technology Drive**
**Ste. 200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,273.08 |
|---|---|---|---|

**Retail Technology Group**
**1663 Fenton Business Park Court**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Snagajob.com Inc**
**32978 Collection Center Drive**
**Chicago, IL 60693-0329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,839.00 |
|---|---|---|---|

**Solano County Department of**
**Resource Management**
**675 Texas Street**
**Ste. 500**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40085　　Doc# 45　　Filed: 02/08/23　　Entered: 02/08/23 18:41:08　　Page 21 of 44

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **$944.51** |

**Solano Irrigation District**
**810 Vaca Valley Parkway**
**Ste. 201**
**Vacaville, CA 95688**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **$12,730.39** |

**Southern Glazer's Wine & Spirits of**
**N. CA**
**33321 Dowe Avenue**
**Union City, CA 94587**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **$800.00** |

**SPRINGZY**
**4030 Timber Creek Drive**
**Cincinnati, OH 45245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **$780.00** |

**SRC Pumping Co.**
**11350 Kiefer Boulevard**
**Sacramento, CA 95830**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **$51,974.83** |

**Stanforth Holding Company**
**4080 Grafton Street**
**Suite 200**
**Dublin, CA 94568**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unpaid Rent - Dublin

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | **$291.02** |

**Staples Advantage**
**P.O. Box  83689**
**Dept. LA**
**Chicago, IL 60696**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | **$907,917.30** |

**Star-West Solano LLC**
**Locbox #005836**
**P.O. Box 645836**
**Cincinnati, OH 45264-5836**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unpaid Rent - Fairfield

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 22 of 44

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.62 |
|---|---|---|---|

**The Icebox- Cool Stuff, LLC**
**P.O. Box 840129**
**Los Angeles, CA 90084**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712,171.47 |
|---|---|---|---|

**The Makteplace at San Ramon**
**NT Dunhill**
**P.O. Box 840129**
**Los Angeles, CA 90084**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid Rent - San Ramon

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,307.58 |
|---|---|---|---|

**The Wasserstrom Company**
**P.O. Box 933469**
**Cleveland, OH 44193**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tower NT, LLC**
**P.O. Box 846606**
**Los Angeles, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unpaid Rent - Vacaville

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499,990.00 |
|---|---|---|---|

**U.S. Small Business Administration**
**211 N. Florence Street**
**Suite 201**
**El Paso, TX 79901**

Date(s) debt was incurred  06/11/20

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EIDL loan obligations

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.00 |
|---|---|---|---|

**United States Treasury**
**Dept. of Treasury**
**International Revenue Service**
**Ogden, UT 84201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nontax Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,298.56 |
|---|---|---|---|

**UPSHOW.TV**
**100 West Kinzie Street**
**Chicago, IL 60654**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40085   Doc# 45   Filed: 02/08/23   Entered: 02/08/23 18:41:08   Page 23 of 44

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**V C ELECTRIC**
4730 S. Fort Apache Road
Suite 300
Las Vegas, NV 89147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.00 |

**Western Landscape, Inc.**
P.O. Box 980484
West Sacramento, CA 95798

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.00 |

**Workstream**
3158 Production Drive
Fairfield, OH 45014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aman Law Firm** <br> 282 Crystal Grove Boulevard <br> Lutz, FL 33548 | Line  **3.29** <br><br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **Blank Rome LLP** <br> 2029 Century Park East <br> 6th Floor <br> Los Angeles, CA 90067 | Line  **3.58** <br><br> ☐ Not listed. Explain ____ | __ |
| 4.3 | **Cantor Fund Management, LLC** <br> 147 Second Avenue South <br> Suite 200 <br> Saint Petersburg, FL 33701 | Line  **3.29** <br><br> ☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 316,422.10 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,739,090.83 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 3,055,512.93 |

**Fill in this information to identify the case:**

Debtor name    **FJC MANAGEMENT INC.**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known)    **23-40085 (WJL)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Payroll Processing Contract** | |
| State the term remaining | **ADT Commercial**<br>**P.O. Box 219044**<br>**Livermore, CA 94551-7615** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement for each location** | |
| State the term remaining | **Buffalo Wild Wings International, Inc.**<br>**5500 Wayzata Blvd. Ste. 1600**<br>**Minneapolis, MN 55416** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Commercial Customer Agreeement for Digital Television Service (All Locations)** **NOT STATED** | |
| State the term remaining | **DirectTV, LLC**<br>**P.O. Box 5006**<br>**Carol Stream, IL 60197** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement - 1790 1st Street, Livermore Tenant** | |
| State the term remaining — **06/13/23** | **GAMC Limited Company**<br>**4980 Hillsdale Circle Ste. A**<br>**El Dorado Hills, CA 95762** |
| List the contract number of any government contract | |

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 25 of 44

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Processing Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **iSolved** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NBO** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing - Service Subscription** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NCR Corporation**<br>**P.O. Box 198755**<br>**Atlanta, GA 30384** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Software Support Agreement - Quarterly Maintenance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Retail Technology Group**<br>**1663 Fenton Business Park Court**<br>**Fenton, MO 63026** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 3712 Dublin Blvd., Dublin Tenant** | |
|---|---|---|---|
| | State the term remaining | **06/30/24** | **Stanforth Holding Company**<br>**4080 Grafton Street**<br>**Suite 200**<br>**Dublin, CA 94568** |
| | List the contract number of any government contract | | |

<div style="background:#3d0033; width:60px; height:40px;"></div>

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 1350 Travis Blvd., Suite 1510, Fairfield Tenant** | |
|---|---|---|---|
| | State the term remaining | **01/30/29** | **Star-West Solano LLC Locbox #005836 P.O. Box 645836 Cincinnati, OH 45264-5836** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - San Ramon Tenant** | |
|---|---|---|---|
| | State the term remaining | **None** | **The Marketplace at San Ramon P.O. Box 840129 Los Angeles, CA 90084** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 1601 E Monte Vista Ave., Vacaville Tenant** | |
|---|---|---|---|
| | State the term remaining | **11/30/24** | **Tower NT, LLC P.O. Box 846606 Los Angeles, CA 94551** |
| | List the contract number of any government contract | | |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ishwinder Judge** | **1250 Portola Avenue Livermore, CA 94451** | **U.S. Small Business Administration** | ☐ D _____<br>■ E/F   **3.61**<br>☐ G _____ |
| 2.2 | **Pravesh Chopra** | **2150 Portola Avenue Livermore, CA 94451** | **U.S. Small Business Administration** | ☐ D _____<br>■ E/F   **3.61**<br>☐ G _____ |
| 2.3 | **Ishwinder Judge** | **1250 Portola Avenue Livermore, CA 94451** | **Stanforth Holding Company** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.9** |
| 2.4 | **Ishwinder Judge** | **1250 Portola Avenue Livermore, CA 94451** | **Star-West Solano LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.10** |
| 2.5 | **Ishwinder Judge** | **1250 Portola Avenue Livermore, CA 94451** | **Tower NT, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.12** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Ishwinder S. Judge | 2150 Portola Avenue Livermore, CA 94451 | Buffalo Wild Wings International, | ☐ D ____ ☐ E/F ____ ■ G __2.2__ |
| 2.7 | Pravesh Chopra | 2150 Portola Avenue Livermore, CA 94451 | Stanforth Holding Company | ☐ D ____ ☐ E/F ____ ■ G __2.9__ |
| 2.8 | Pravesh Chopra | 2150 Portola Avenue Livermore, CA 94451 | Star-West Solano LLC | ☐ D ____ ☐ E/F ____ ■ G __2.10__ |
| 2.9 | Pravesh Chopra | 2150 Portola Avenue Livermore, CA 94451 | Tower NT, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.12__ |
| 2.10 | Pravesh Chopra | 2150 Portola Avenue Livermore, CA 94451 | Buffalo Wild Wings International, | ☐ D ____ ☐ E/F ____ ■ G __2.2__ |

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 29 of 44

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$9,088,240.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$12,334,493.00** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$8,050,426.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 30 of 44

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Various Vendors** **[See Exhibit 2 attached]** | **Various** | **$1,986,083.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Employees** **[See Exhbit 3 attached]** | **Various** | **$1,892,493.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of Employees** |
| 3.3. | **ChoiceBuilder** **P.O. Box 7405** **Orange, CA 92863** | **Monthly Payments** | **$932.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **health insurance** |
| 3.4. | **Insurance Office of America** **3281 E. Gausti Road** **Suite 400** **Ontario, CA 91761** | **Monthly Payments** | **$2,754.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Insurance** |
| 3.5. | **DirectTV** **P.O. Box 5006** **Carol Stream, IL 60197** | **Monthly Payments** | **$2,754.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Digital Television Services - Fairfield Location** |
| 3.6. | **DirectTV** **P.O. Box 5006** **Carol Stream, IL 60197** | **Monthly Payments** | **$2,724.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Digital Television Service - Dublin Location** |
| 3.7. | **DirectTV** **P.O. Box 5006** **Carol Stream, IL 60197** | **Monthly payments** | **$2,949.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Digital Television Services - Vacaville Location** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **DirectTV**<br>**P.O. Box 5006**<br>**Carol Stream, IL 60197** | **Monthly Payments** | $2,724.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Digital Television Services - Livermore Location** |
| 3.9.  **Recology Waste Zero**<br>**855 1/2 Davis Street**<br>**Vacaville, CA 95687** | **Monthly Payments** | $2,449.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Recycle Collection Service - Vacaville Location** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Elizabeth Bilovcoky v. FJC Managment Inc.**<br>**RG 2007-027** | **Complex matter** | **Alameda County Court**<br>**2233 Shore Line Drive**<br>**Alameda, CA 94501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 32 of 44

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Marketplace at San Ramon, LLC v. FJC Management, Inc., et al., MSN21-2156** | **Lease Dispute** | **California Supreme Court 350 McAllister Street Room 1295 San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**1251 Avenue of the Americas**<br>**37th Floor**<br>**New York, NY 10020** | | **October 19, 2022 ($7,500) from Debtor and December 27, 2022 ($45,000) from Pravesh Chopra** | **$52,500.00** |

Email or website address
**www.akerman.com**

Who made the payment, if not debtor?
**Pravesh Chopra**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Case: 23-40085   Doc# 45   Filed: 02/08/23   Entered: 02/08/23 18:41:08   Page 35 of 44

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Sanjay Bakshi**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | **March 1, 2017 - current** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Sanjay Bakshi**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | **March 1, 2017 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Sanjay Baskshi**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>.   **Nalin Chopra, Operations Manager*** | | **Inventory for Food - $57,536**<br>**Inventory for Liquior- $56,371**<br><br>***The managers at each location supervises the inventory and it is overseen by Nalin Chopra as Operations Manage** |

| Name and address of the person who has possession of inventory records |
|---|
| **FJC Management Inc.**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pravesh Chopra** | **2150 Portola Avenue Livermore, CA 94451** | **President** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ishwinder Judge** | **2150 Portola Avenue Livermore, CA 94451** | **Secretary and Director** | **50** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Case: 23-40085    Doc# 45    Filed: 02/08/23    Entered: 02/08/23 18:41:08    Page 37 of 44

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ishaan Chopra**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | **Salary - hourly employee** | | **Insider** |
| | Relationship to debtor<br>**Son of Principal** | | | |
| 30.2. | **Nalin Chopra**<br>**2150 Portola Avenue**<br>**Livermore, CA 94451** | **Salary - Salaried Employee** | | **Insider - Operations Manager** |
| | Relationship to debtor<br>**Son of Principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Case: 23-40085   Doc# 45   Filed: 02/08/23   Entered: 02/08/23 18:41:08   Page 38 of 44

**Part 14:    Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  8, 2023**

_____          **Pravesh Chopra**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# Check Register: 1003 - Truist - Operating Account

| Date | Matched | Reconciled | Type | Ref. Number | Company | Payment Name | Comment | $ Out |
|------|---------|-----------|------|-------------|---------|--------------|---------|-------|
| 11/21/2022 | | | AP Payment | 27168 | Stanforth Holdings | Stanforth Holdings | | 26,886.05 |
| 11/21/2022 | | | AP Payment | 27169 | Star-West Solano LLC | Star-West Solano LLC | | 15,000.00 |
| 11/21/2022 | | | AP Payment | 27170 | Tower NT, LLC | Tower NT, LLC | | 24,444.76 |
| 11/21/2022 | | | AP Payment | 27171 | Vine Center, LLC | Vine Center, LLC | | 21,882.52 |
| 12/15/2022 | | | AP Payment | 27172 | CaliforniaChoice Benefit Administrators | CaliforniaChoice Benefit Administrators | | 9,241.80 |
| 12/15/2022 | | | AP Payment | 27173 | Choice Builder | Choice Builder | | 932.22 |
| 12/15/2022 | | | AP Payment | 27174 | Cintas Cincinnati | Cintas Cincinnati | | 921.74 |
| 12/15/2022 | | | AP Payment | 27175 | Cintas Ready for the Workday | Cintas Ready for the Workday | | 1,074.14 |
| 12/15/2022 | | | AP Payment | 27176 | Cozzini Bros., Inc. | Cozzini Bros., Inc. | | 109.00 |
| 12/15/2022 | | | AP Payment | 27177 | ECOLAB INC. | ECOLAB INC. | | 5,232.04 |
| 12/15/2022 | | | AP Payment | 27178 | First Insurance Funding | First Insurance Funding | | 2,892.60 |
| 12/15/2022 | | | AP Payment | 27179 | FOURTH ENTERPRISES, LLC | FOURTH ENTERPRISES, LLC | | 120.00 |
| 12/15/2022 | | | AP Payment | 27180 | FreedomPay Inc. | FreedomPay Inc. | | 232.96 |
| 12/15/2022 | | | AP Payment | 27181 | Retail Technology Group | Retail Technology Group | | 1,273.08 |
| 12/15/2022 | | | AP Payment | 27182 | Snagajob.com Inc | Snagajob.com Inc | | 50.00 |
| 12/15/2022 | | | AP Payment | 27183 | The Wasserstrom Company | The Wasserstrom Company | | 128.62 |
| 12/15/2022 | | | AP Payment | 27184 | WESTERN LANDSCAPE, INC. | WESTERN LANDSCAPE, INC. | | 3,822.00 |
| 12/22/2022 | | | AP Payment | 27185 | Stanforth Holdings | Stanforth Holdings | | 25,088.78 |
| 12/22/2022 | | | AP Payment | 27186 | Star-West Solano LLC | Star-West Solano LLC | | 10,000.00 |
| 12/22/2022 | | | AP Payment | 27187 | Tower NT, LLC | Tower NT, LLC | | 24,444.76 |
| 12/22/2022 | | | AP Payment | 27188 | Vine Center, LLC | Vine Center, LLC | | 21,882.52 |
| 1/10/2023 | | | AP Payment | 27189 | Sanjay Bakshi | Sanjay Bakshi | | 5,000.00 |
| 1/17/2023 | | | AP Payment | 27190 | Alameda County Environmental Health | Alameda County Environmental Health | | 2,650.00 |
| 1/17/2023 | | | AP Payment | 27191 | Berryessa Brewing Co. | Berryessa Brewing Co. | | 705.00 |
| 1/17/2023 | | | AP Payment | 27192 | CaliforniaChoice Benefit Administrators | CaliforniaChoice Benefit Administrators | | 9,241.80 |
| 1/17/2023 | | | AP Payment | 27193 | Choice Builder | Choice Builder | | 1,889.44 |
| 1/17/2023 | | | AP Payment | 27194 | Cintas Cincinnati | Cintas Cincinnati | | 436.94 |
| 1/17/2023 | | | AP Payment | 27195 | Cintas Ready for the Workday | Cintas Ready for the Workday | | 486.96 |
| 1/17/2023 | | | AP Payment | 27196 | COAST TO COAST COMPUTER PRODUCTS | COAST TO COAST COMPUTER PRODUCTS | | 233.69 |
| 1/17/2023 | | | AP Payment | 27197 | Cozzini Bros., Inc. | Cozzini Bros., Inc. | | 84.50 |
| 1/17/2023 | | | AP Payment | 27198 | CSC | CSC | | 205.50 |
| 1/17/2023 | | | AP Payment | 27199 | ECOLAB INC. | ECOLAB INC. | | 839.44 |
| 1/17/2023 | | | AP Payment | 27200 | Ecolab Pest Elimination | Ecolab Pest Elimination | | 2,232.78 |
| 1/17/2023 | | | AP Payment | 27201 | Efficient Forms | Efficient Forms | | 61.95 |
| 1/17/2023 | | | AP Payment | 27202 | First Insurance Funding | First Insurance Funding | | 2,754.86 |
| 1/17/2023 | | | AP Payment | 27203 | FOURTH ENTERPRISES, LLC | FOURTH ENTERPRISES, LLC | | 120.00 |
| 1/17/2023 | | | AP Payment | 27204 | FreedomPay Inc. | FreedomPay Inc. | | 201.16 |
| 1/17/2023 | | | AP Payment | 27205 | Northcoast Productions | Northcoast Productions | | 299.95 |
| 1/17/2023 | | | AP Payment | 27206 | Snagajob.com Inc | Snagajob.com Inc | | 50.00 |
| 1/17/2023 | | | AP Payment | 27207 | WESTERN LANDSCAPE, INC. | WESTERN LANDSCAPE, INC. | | 546.00 |
| 1/18/2023 | | | AP Payment | 27208 | Star-West Solano LLC | Star-West Solano LLC | | 10,000.00 |

## Check Register: 1002 - Truist - Main Account

| Date | Matched | Reconciled | Type | Ref. Number | Company | Payment Name | Comment | $ Out |
|------|---------|-----------|------|-------------|---------|--------------|---------|-------|
| 11/21/2022 | | | AP Payment | 11/21/22 | Golden Brands | Golden Brands Napa | | 1,638.25 |
| 11/21/2022 | | | AP Payment | 11212022 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 810.00 |
| 11/21/2022 | | | AP Payment | 112122 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 9,775.56 |
| 11/21/2022 | | | AP Payment | ACH - 585 | Truist Bank Fees | Truist Bank Fees | | 594.67 |
| 11/22/2022 | | | AP Payment | 112222 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 11,880.95 |
| 11/23/2022 | | | AP Payment | 11.23.22 | Markstein Sales Co. | Markstein Sales Co. | | 709.00 |
| 11/23/2022 | | | AP Payment | 11/23/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 851.00 |
| 11/23/2022 | | | AP Payment | 11232022 | Altamont Beer Works | Altamont Beer Works | | 175.00 |
| 11/23/2022 | | | AP Payment | 112322 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 7,641.24 |
| 11/23/2022 | | | AP Payment | 11-23-22 | Wine Warehouse | Wine Warehouse | | 279.00 |
| 11/24/2022 | | | AP Payment | 112422 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 4,069.50 |
| 11/25/2022 | | | AP Payment | 11*25*22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 535.02 |
| 11/25/2022 | | | AP Payment | 112522 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 10,677.57 |
| 11/28/2022 | | | AP Payment | 11282022 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 296.00 |
| 11/28/2022 | | | AP Payment | 112822 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 11,675.95 |
| 11/29/2022 | | | AP Payment | 112922 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 11,314.96 |
| 11/29/2022 | | | AP Payment | 45 | FRANCISCO TAPIA | FRANCISCO TAPIA | | 582.00 |
| 11/30/2022 | | | AP Payment | 11.30.22 | Markstein Sales Co. | Markstein Sales Co. | | 438.00 |
| 11/30/2022 | | | AP Payment | 11/30/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 1,118.35 |
| 11/30/2022 | | | AP Payment | 11/30/22 | Golden Brands | Golden Brands Napa | | 291.10 |
| 11/30/2022 | | | AP Payment | 11302022 | Altamont Beer Works | Altamont Beer Works | | 525.00 |
| 11/30/2022 | | | AP Payment | 11-30-2022 | Young's Market of CA, LLC | Young's Market of CA, LLC | | 737.69 |
| 11/30/2022 | | | AP Payment | 113022 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 2,929.11 |
| 12/1/2022 | | | AP Payment | 12.01.22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 600.31 |
| 12/1/2022 | | | AP Payment | 12012022 | Altamont Beer Works | Altamont Beer Works | | 350.00 |
| 12/1/2022 | | | AP Payment | 120122 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 4,109.64 |
| 12/1/2022 | | | AP Payment | ACH - 588 | California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | | 30,000.00 |
| 12/2/2022 | | | AP Payment | 12.02.22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 574.22 |
| 12/2/2022 | | | AP Payment | 12/02/22 | Golden Brands | Golden Brands Napa | | 1,190.65 |
| 12/2/2022 | | | AP Payment | 12022022 | Altamont Beer Works | Altamont Beer Works | | 2,100.00 |

## Check Register: 1002 - Truist - Main Account

| Date | Matched | Reconciled | Type | Ref. Number | Company | Payment Name | Comment | $ Out |
|------|---------|-----------|------|-------------|---------|--------------|---------|-------|
| 12/5/2022 | | | AP Payment | 12.05.2022 | AMTRUST NORTH AMERICA | AMTRUST NORTH AMERICA | | 4,176.46 |
| 12/5/2022 | | | AP Payment | 12/05/22 | Golden Brands | Golden Brands Napa | | 2,497.05 |
| 12/5/2022 | | | AP Payment | 12/5/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 464.00 |
| 12/5/2022 | | | AP Payment | 12052022. | AMTRUST NORTH AMERICA | AMTRUST NORTH AMERICA | | 4,217.85 |
| 12/5/2022 | | | AP Payment | 120522 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 23,263.08 |
| 12/6/2022 | | | AP Payment | 120622 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 11,592.35 |
| 12/7/2022 | | | AP Payment | 12*7*22 | Markstein Sales Co. | Markstein Sales Co. | | 1,162.15 |
| 12/7/2022 | | | AP Payment | 12.07.22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 2,721.79 |
| 12/7/2022 | | | AP Payment | 12/07/2022 | Golden Brands | Golden Brands Napa | | 1,395.00 |
| 12/7/2022 | | | AP Payment | 12/7/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 2,335.20 |
| 12/8/2022 | | | AP Payment | 12/8/2022 | Ackerman LLP | Ackerman LLP | | 5,000.00 |
| 12/8/2022 | | | AP Payment | 12082022 | Altamont Beer Works | Altamont Beer Works | | 175.00 |
| 12/8/2022 | | | AP Payment | 120822 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 12,475.76 |
| 12/9/2022 | | | AP Payment | 12/09/22 | Bay Area Distributing Co., Inc | Bay Area Distributing Co., Inc | | 101.00 |
| 12/9/2022 | | | AP Payment | 120922 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 10,932.06 |
| 12/9/2022 | | | AP Payment | 46 | Capital One | Capital One | | 29,533.75 |
| 12/9/2022 | | | AP Payment | ACH - 589 | Fintech | Fintech | | 182.00 |
| 12/12/2022 | | | AP Payment | 12/12/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 685.50 |
| 12/12/2022 | | | AP Payment | 121222 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 6,441.37 |
| 12/13/2022 | | | AP Payment | 121322 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 10,829.35 |
| 12/14/2022 | | | AP Payment | 12*14*22 | Markstein Sales Co. | Markstein Sales Co. | | 812.60 |
| 12/14/2022 | | | AP Payment | 12/14/2022 | Golden Brands | Golden Brands Napa | | 1,589.40 |
| 12/14/2022 | | | AP Payment | 12/14/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 1,164.80 |
| 12/14/2022 | | | AP Payment | 12142022 | Altamont Beer Works | Altamont Beer Works | | 350.00 |
| 12/14/2022 | | | AP Payment | 12-14-22 | Young's Market of CA, LLC | Young's Market of CA, LLC | | 841.85 |
| 12/15/2022 | | | AP Payment | 12.15.22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 2,632.37 |
| 12/15/2022 | | | AP Payment | 12152022 | Altamont Beer Works | Altamont Beer Works | | 175.00 |
| 12/15/2022 | | | AP Payment | 121522 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 10,187.72 |
| 12/16/2022 | | | AP Payment | 12/16/2022 | Golden Brands | Golden Brands Napa | | 691.00 |
| 12/16/2022 | | | AP Payment | 121622 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 10,924.78 |
| 12/19/2022 | | | AP Payment | 12/19/2022 | Golden Brands | Golden Brands Napa | | 2,130.10 |
| 12/19/2022 | | | AP Payment | 12/19/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 956.10 |

## Check Register: 1002 - Truist - Main Account

| Date | Matched | Reconciled | Type | Ref. Number | Company | Payment Name | Comment | $ Out |
|------|---------|-----------|------|-------------|---------|--------------|---------|-------|
| 12/19/2022 | | | AP Payment | 121922 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 6,476.26 |
| 12/20/2022 | | | AP Payment | 12*20*22 | Markstein Sales Co. | Markstein Sales Co. | | 625.15 |
| 12/20/2022 | | | AP Payment | 12/20/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 1,295.10 |
| 12/20/2022 | | | AP Payment | 12202022 | Altamont Beer Works | Altamont Beer Works | | 350.00 |
| 12/20/2022 | | | AP Payment | 122022 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 8,425.01 |
| 12/20/2022 | | | AP Payment | 12-20-22 | Young's Market of CA, LLC | Young's Market of CA, LLC | | 825.15 |
| 12/21/2022 | | | AP Payment | 12.21.22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 519.58 |
| 12/21/2022 | | | AP Payment | 12/21/2022 | Golden Brands | Golden Brands Napa | | 232.10 |
| 12/21/2022 | | | AP Payment | 12212022 | Altamont Beer Works | Altamont Beer Works | | 175.00 |
| 12/21/2022 | | | AP Payment | 122122 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 6,841.96 |
| 12/21/2022 | | | AP Payment | ACH - 590 | Truist Bank Fees | Truist Bank Fees | | 565.72 |
| 12/22/2022 | | | AP Payment | 122222 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 9,708.16 |
| 12/22/2022 | | | AP Payment | 47 | Star-West Solano LLC | Star-West Solano LLC | | 5,000.00 |
| 12/23/2022 | | | AP Payment | 12/23/2022 | Golden Brands | Golden Brands Napa | | 272.30 |
| 12/23/2022 | | | AP Payment | 122322 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 11,608.63 |
| 12/25/2022 | | | Journal Entry | FRFEES122522 | | | FRFEES122522 | 64,493.63 |
| 12/26/2022 | | | AP Payment | 12/26/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 299.70 |
| 12/26/2022 | | | AP Payment | 122622 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 7,795.48 |
| 12/27/2022 | | | AP Payment | 122722 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 9,793.16 |
| 12/28/2022 | | | AP Payment | 12*28*22 | Markstein Sales Co. | Markstein Sales Co. | | 1,204.60 |
| 12/28/2022 | | | AP Payment | 12.28.22 | Southern Glazer's Wine & Spirits of N. CA | Southern Glazer's Wine & Spirits of N. CA | | 2,190.79 |
| 12/28/2022 | | | AP Payment | 12/28/22 | Markstein Beverage Co. of Sacramento | Markstein Beverage Co. of Sacramento | | 1,142.25 |
| 12/28/2022 | | | AP Payment | 122822 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 6,544.90 |
| 12/28/2022 | | | AP Payment | 12-28-22 | Young's Market of CA, LLC | Young's Market of CA, LLC | | 379.47 |
| 12/29/2022 | | | AP Payment | 122922 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 5,263.79 |
| 12/29/2022 | | | AP Payment | 51 | FRANCISCO TAPIA | FRANCISCO TAPIA | | 1,441.00 |
| 12/30/2022 | | | AP Payment | 12/30/2022 | Golden Brands | Golden Brands Napa | | 1,439.00 |
| 12/30/2022 | | | AP Payment | 12/30/2022 | Bay Area Distributing Co., Inc | Bay Area Distributing Co., Inc | | 210.00 |
| 12/30/2022 | | | AP Payment | 123022 | McLane Foodservice, Inc. | McLane Foodservice, Inc. | | 9,168.45 |

# EXHIBIT 3
## TO SOFA QUESTION NO. 3.2


## TO BE PROVIDED