Fill in this information to identify the case:

Debtor name: **FJC MANAGEMENT INC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): **23-40085 (WJL)**

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Buffalo Wild Wings Franchise** Attn: Megan Voth, Director 3 Glenlake Parkway NE Atlanta, GA 30328 | | Trade Debt | | | | $250,000.00 |
| **California State Board of Equilization** 3321 Power Inn Road, Suite 210 Sacramento, CA 95826 | | Tax Obligations | Contingent Unliquidated Disputed | | | $187,940.00 |
| **CAPITAL ONE 1626 - PC** 299 Park Avenue New York, NY 10171 | | Services | | | | $31,738.69 |
| **City of Vacaville Utility Billing** P.O. Box 6180 Vacaville, CA 95696-6180 | | Water Service | | | | $3,790.88 |
| **Comcast** 183 Inverness Drive West Englewood, CO 80112 | | Services | | | | $4,542.75 |
| **DirectTV** P.O. Box 5006 Carol Stream, IL 60197 | | Services | | | | $12,060.94 |
| **Elavon-Merchant Service** Two Concourse Parkway Suite 800 Atlanta, GA 30328 | | Services | | | | $7,608.44 |

| Debtor | FJC MANAGEMENT INC. | | Case number *(if known)* | 23-40085 (WJL) |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FireMaster Master Protection, LP P.O. Box 121019 Dept. 1019 Dallas, TX 75312 | | Services | | | | $3,837.33 |
| GMAC Limited Company 4980 Hillsdale Circle Ste. A El Dorado Hills, CA 95762 | | Unpaid Rent - Livermore | Contingent Unliquidated Disputed | | | $79,958.50 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | | Tax Obligations | Contingent Unliquidated Disputed | | | $128,482.10 |
| JoltUp 2901 N. Ashton Boulevard Ste. 300 Lehi, UT 84043 | | Services | | | | $3,199.68 |
| Markstein Beverage Co. of Sacramento 60 Main Avenue Sacramento, CA 95851 | | Services | | | | $8,171.25 |
| McLane Foodservice, Inc. 2085 Midway Road Carrollton, TX 75006 | | Services | | | | $32,426.46 |
| PG&E Box 997300 Sacramento, CA 95899-7300 | | Utility Services | | | | $67,275.50 |
| Restaurant 365 500 Technology Drive Ste. 200 Irvine, CA 92618 | | Services | | | | $4,105.83 |
| Southern Glazer's Wine & Spirits of N. CA 33321 Dowe Avenue Union City, CA 94587 | | Services | | | | $12,730.39 |
| Stanforth Holding Company 4080 Grafton Street Suite 200 Dublin, CA 94568 | | Unpaid Rent - Dublin | Contingent Unliquidated Disputed | | | $51,974.83 |

Case: 23-40085    Doc# 46    Filed: 02/08/23    Entered: 02/08/23 18:48:18    Page 2 of 3

| Debtor | FJC MANAGEMENT INC. | | Case number *(if known)* | 23-40085 (WJL) |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Star-West Solano LLC** **Locbox #005836** **P.O. Box 645836** **Cincinnati, OH 45264-5836** | | **Unpaid Rent - Fairfield** | **Contingent Unliquidated Disputed** | | | **$907,917.30** |
| **The Maketplace at San Ramon** **NT Dunhill** **P.O. Box 840129** **Los Angeles, CA 90084** | | **Unpaid Rent - San Ramon** | **Contingent Unliquidated Disputed** | | | **$712,171.47** |
| **U.S. Small Business Administration** **211 N. Florence Street** **Suite 201** **El Paso, TX 79901** | | **EIDL loan obligations** | | | | **$499,990.00** |