**Entered on Docket**
**February 14, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Evelina Gentry (State Bar No. 296796)
AKERMAN, LLP
evelina.gentry@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Proposed Attorneys for FJC Management Inc.
Debtor and Debtor-in-Possession*

**The following constitutes the order of the Court.
Signed: February 14, 2023**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 23-40085 (WJL) |
| FJC MANAGEMENT, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | Subchapter V |
| | **FINAL ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER PURSUANT TO 11 U.S.C. §§ 363, 1107, AND 1108 AUTHORIZING (1) MAINTENANCE OF EXISTING BANK ACCOUNTS; (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; AND (3) CONTINUED USE OF BUSINESS FORMS** |
| | Date: January 31, 2023
Time: 11:00 am
Location: 1300 Clay Street, Ctrm 220 / Zoom, Oakland, CA 94612 |

The Debtor's Emergency Motion of Debtor for Order Pursuant to 11 U.S.C. §§ 363, 1107, and 1108

Authorizing (1) Maintenance of Existing Bank ACcounts; (2) Continued Use of Existing Cash

Management System; (3) Continued Use of Business Forms; Memorandum of Points and

CASE NO. 23-40085 (WJL)
**FINAL ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS; (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; (3) CONTINUED USE OF BUSINESS FORMS**

Authorities in Support Thereof, 1 (the "Motion")[1], filed on January 25, 2023 as Docket No. 3 by FJC Management Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case (the "Case"), came before the Court for hearing on January 31, 2023 at 11:00 a.m. Appearances were as noted on the record. Based upon the Court's review of the Motion, the declarations and other pleadings filed in support of the Motion, the arguments of counsel at the hearing on the Motion, and all pleadings and evidence of record in this case,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Debtor is authorized, but not directed, to maintain the Debtor's Accounts and continue the use of those accounts in the same manner and with the same account numbers, styles and document forms as those employed during the prepetition period, subject to the following:

3. The signature cards on all of the Debtor's Account(s) shall be changed to reflect the Debtor's "debtor-in-possession" status;

4. Bank of America ("BoA"), and Truist Bank ("Truist Bank"), are hereby authorized and directed to honor postpetition checks drawn on and transfers made from the Debtor's Account(s);

5. In the event that the BoA and/or Truist Bank refuse to honor a check drawn or a transfer made on the Debtor's Account(s) maintained by it (provided there are sufficient good funds in the account to complete the transfer), BoA and/or Truist Bank shall immediately turn over, upon the Debtor's request, the deposits held in the applicable Debtor's Account;

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

2        CASE NO. 23-40085 (WJL)

**FINAL ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS; (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; (3) CONTINUED USE OF BUSINESS FORMS**

Case: 23-40085   Doc# 53   Filed: 02/14/23   Entered: 02/14/23 15:09:17   Page 2 of 5

68473037;1

6. BofA and Truist Bank are hereby granted limited relief from the automatic stay to continue to offset standard monthly or periodic bank fees against the Debtor's Account(s) in the same manner as such fees were offset prepetition;

7. The Debtor is authorized to open any new bank accounts and close bank accounts consistent with this Order so long as the Debtor provides notice to the U.S. Trustee and the Subchapter V Trustee that is duly appointed in this Case; to the extent the Debtor opens a new bank account, such bank account must be opened at a bank that has executed a Uniform Depository Agreement with the United States Trustee or at a bank that is willing to execute such an agreement immediately.and

8. The Debtor shall have its accounts at BoA and Truist Bank designated as "Debtor-in-Possession" accounts by the institution within thirty (30) days of the entry of this Order.

9. The Court finds the protections described above adequately protect creditors, the Debtor's estate, and parties in interest.

10. The Debtor is authorized to use its existing business forms and print "Debtor-in-Possession" on any such forms within thirty (30) days of the entry of this Order.

11. The Debtor shall maintain accurate records of all transfers within the Cash Management System so that all post-petition transfers and transactions shall be adequately and promptly documented in, and readily ascertainable from, their books and records.

12. As soon as practicable after the entry of this Order, the Debtor shall serve a copy of this Order on BoA and Truist Bank.

13. The requirements for immediate entry of this Order pursuant to Bankruptcy Rule 6003(b) have been satisfied.

3  CASE NO. 23-40085 (WJL)

**FINAL ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS; (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; (3) CONTINUED USE OF BUSINESS FORMS**

Case: 23-40085    Doc# 53    Filed: 02/14/23    Entered: 02/14/23 15:09:17    Page 3 of 5
68473037;1

14. The requirements of Bankruptcy Rules 4001(d) and 6004(a) are waived.

15. Notwithstanding the provisions of Bankruptcy Rules 4001(a)(2) and 6004(h), this Order shall be immediately effective and enforceable upon its entry.

16. The Court retains jurisdiction over the matters arising from or related to the interpretation or implementation of this Order.

***END OF ORDER***

4     CASE NO. 23-40085 (WJL)

**FINAL ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS; (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; (3) CONTINUED USE OF BUSINESS FORMS**

Case: 23-40085    Doc# 53    Filed: 02/14/23    Entered: 02/14/23 15:09:17    Page 4 of 5

68473037;1

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# SERVICE LIST

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

5      CASE NO. 23-40085 (WJL)

**FINAL ORDER GRANTING EMERGENCY MOTION OF DEBTOR FOR ORDER AUTHORIZING (I) MAINTENANCE OF EXISTING BANK ACCOUNTS; (2) CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM; (3) CONTINUED USE OF BUSINESS FORMS**