MICHAEL W. MALTER, #96533
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: rob@bindermalter.com
Email: julie@bindermalter.com

Attorney for Creditor/Lessor
Cantor Fund Management dba Vine Center, LLC,
a Florida Limited Liability Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>FJC MANAGEMENT, INC.,<br><br>Debtor. | Case No. 23-40085-WJL<br><br>Chapter 11<br><br>Date: May 31, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. William J. Lafferty<br>Courtroom: 220<br><br>R.S. No.: JHR-122 |

### DECLARATION OF JULIE ROME-BANKS REGARDING STIPULATED ORDER TO RESOLVE MOTION FOR RELIEF FROM AUTOMATIC STAY OR ADEQUATE PROTECTION AND WITHDRAWING BALLOT

I, Julie H. Rome-Banks, hereby declare:

1. I am an attorney licensed to practice by the State of California and admitted to practice before the above-entitled Court. I am a partner with Binder & Malter, LLP, attorneys for creditor and lessor Cantor Fund Management dba Vine Center, LLC, a Florida Limited Liability Company ("Cantor") in the above-referenced case and I make this Declaration on behalf of my client.

DECLARATION OF JULIE ROME-BANKS REGARDING STIPULATED ORDER TO RESOLVE MOTION FOR RELIEF FROM AUTOMATIC STAY OR ADEQUATE PROTECTION AND WITHDRAWING BALLOT
Page 1

Case: 23-40085   Doc# 134   Filed: 05/25/23   Entered: 05/25/23 16:48:20   Page 1 of 2

2. I have personal knowledge of the matters contained herein, except as to those matters alleged upon information and belief and as to those matters I believe them to be true. if called upon as a witness, I could and would testify as follows.

3. Since filing the Motion for Relief From Automatic Stay or Adequate Protection on behalf of Cantor, I have been in ongoing discussions with attorney Mark Lichtenstein, bankruptcy counsel for the Debtor. Mr. Lichtenstein and I have negotiated the terms of a stipulated order for relief from stay, a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference. The stipulated order is also being concurrently uploaded for the Court to sign and enter.

4. I understand that upon entry of the stipulated order, the relief from stay hearing scheduled for May 31, 2023 at 9:30 a.m. will be dropped from calendar and no appearance will be required at that scheduled hearing.

5. In addition, as result of the Debtor's agreement to the stipulated order, the ballot cast by my office on behalf of Cantor, which rejected the proposed plan of reorganization, is hereby withdrawn.

Executed on May 25, 2023 at Santa Clara, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie H. Rome-Banks
Julie H. Rome-Banks