MICHAEL W. MALTER, #96533
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: rob@bindermalter.com
Email: julie@bindermalter.com

Attorney for Creditor/Lessor
Cantor Fund Management dba Vine Center, LLC,
a Florida Limited Liability Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA , OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>FJC MANAGEMENT, INC.,<br><br>Debtor. | Case No. 23-40085-WJL<br><br>Chapter 11<br><br>Date: May 31, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. William J. Lafferty<br>Courtroom: 220<br><br>R.S. No.: JHR-122 |

## STIPULATED ORDER FOR RELIEF FROM STAY AND REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASE

The Motion For Relief From Automatic Stay or Adequate Protection ("Motion") of Movant Cantor Fund Management dba Vine Center, LLC, a Florida Limited Liability Company ("Movant"), having been filed and properly served; the Motion having come on for hearing at the above-referenced date and time; the Debtor FJC MANAGEMENT, INC. ("Debtor") having appeared through Mark S. Lichtenstein of Akerman, LLP; Movant having appeared through Julie Rome-Banks of Binder & Malter LLP and other

appearances as noted in the record; counsel for the parties having recited the terms of a stipulation for relief from stay on the record; and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted as set forth herein by stipulation of the parties.

2. The Debtor shall promptly pay to Movant the post-petition rent currently due for the following time periods: (a) 6 post-petition days of January 25 through January 31, 2023; (b) the month of April 1 through April 30, 2023; and, (c) the month of June 1 through June, 30, 2023 when it becomes due.

3. The lease for the subject real property at 1790 N. First Street, Livermore, California (the "Subject Premises") shall be deemed rejected pursuant to 11 U.S.C. §365 effective as of the date of entry of this Order notwithstanding any other provisions in the proposed plan of reorganization or confirmation order.

4. Prior to vacating the Subject Premises and returning possession to Movant, the Debtor shall strictly comply with the provisions of the lease with Movant, as amended, to undertake required repairs to the Subject Premises upon the termination of the lease.

5. The Debtor shall vacate the Subject Premises and return possession to Movant not later than June 30, 2023 including return to Movant of all keys and keycodes used for access to all areas of the Subject Premises.

6. If the Debtor does not vacate the Subject Premises by June 30, 2023 and return possession to Movant by that date, the Debtor will continue to be obligated to pay administrative rent to Movant at the lease rate until the Debtor vacates and possession is returned to Movant.

7. Other than the obligations set forth in this Order, the parties have agreed to a mutual waiver of pre-petition claims, including Movant's waiver of the claim for rent for

the pre-petition period of January 1 to January 24, 2023. The only claims which shall survive are the administrative claims identified in this Order and any additional damages owed to Movant for clean up or repairs to the Subject Premises when the Debtor vacates and returns possession. Such repair and damage claims shall survive and shall not be deemed waived, subject to all appropriate defenses, if any.

APPROVED AS TO FORM:

Date: May 25, 2023                                         ACKERMAN, LLP

                                        By:    /s/ Mark S. Lichtenstein
                                               Mark S. Lichtenstein
                                               Attorneys for Debtor

**END OF ORDER**

STIPULATED ORDER FOR RELIEF FROM STAY AND REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASE    Page3
Case: 23-40085    Doc# 134-1    Filed: 05/25/23    Entered: 05/25/23 16:48:20    Page 3 of 4

COURT SERVICE LIST

None.